**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-cr-00419-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RICKIE LYNN PLEASANT,

       Defendant.
_____

**ORDER**
_____

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this   4th   day of   January  , 2006.

                                      BY THE COURT:


                                        s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, Chief Judge
                                      United States District Court
                                      District of Colorado