**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00419-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RICKIE LYNN PLEASANT,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a supervised release violation hearing regarding Defendant Pleasant is set **Monday, November 23, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

DATED: October 20, 2009

---