**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  05-cr-00419-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     RICKIE LYNN PLEASANT,

      Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that the Compliance Review Hearing regarding Defendant Pleasant set **Tuesday, December 22, 2009 at 9:00 a.m. is VACATED AND RESET to Monday, January 4, 2010 at 10:00 a.m.**  in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

DATED: December 16, 2009

---